Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. W. H. Mc-Grann* and *Mr. John M. Woolsey* for petitioner. *Mr. D. Roger Englar, Mr. T. Catesby Jones* and *Mr. Charles C. Burlingham* for respondents.

---

No. 609. AUSTIN NICHOLS & COMPANY *v.* STEAMSHIP ISLA DE PANAY, HER ENGINES, ETC., ET AL.;

No. 610. EUG. SANCHEZ ET AL., TRADING AS E. SANCHEZ & COMPANY, *v.* STEAMSHIP ISLA DE PANAY, HER ENGINES, ETC., ET AL.; and

No. 611. E. TOLIBIA & COMPANY *v.* STEAMSHIP ISLA DE PANAY, HER ENGINES, ETC., ET AL. November 12, 1923. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. T. Catesby Jones* and *Mr. James W. Ryan* for petitioners. *Mr. John W. Crandall* for respondents.

---

No. 346. JOHN D. FLANAGAN *v.* FEDERAL COAL COMPANY. November 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee granted. *Mr. James J. Lynch* for petitioner. No brief filed for respondent.

---

No. 528. WILLIAM M. BARRETT, AS PRESIDENT OF THE ADAMS EXPRESS COMPANY *v.* ARTHUR H. VAN PELT. November 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Charles W. Stockton* for petitioner. *Mr. Lamar Hardy* and *Mr. Louis C. White* for respondent.

---

No. 594. C. V. BROWNE *v.* UNION PACIFIC RAILROAD COMPANY. November 26, 1923. Petition for a writ of